# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME IRELAND, JR., | Case No. 1:20-cv-00903-NONE-SAB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| DISCOVER EMPLOYEES, | (ECF No. 2) |
| Defendant. | |

Jerome Ireland, Jr. ("Plaintiff") filed this action alleging fraud against Discover Employees ("Defendant"). Along with his complaint, Plaintiff filed an application to proceed in this action without prepayment of fees. (ECF No. 2.)

In his application, Plaintiff states that he is not currently employed, but that previously he was paid $20,000,000.00 an hour for one deal with the National Basketball Association and made $59,520,000,000.00. He also made $200,000,000,000,000.00 for playing one game. However, Plaintiff states that currently he is receiving $745.00 per month in Social Security income. He also states that he has $21,000,000,000,000,000,000.00 at Wells Fargo Bank but due to fraud he is on the waiting list to receive his money.

Upon review of the complaint and the application to proceed without prepayment of fees, and given that the allegations of wealth are incredible, the Court finds that Plaintiff is entitled to proceed *in forma pauperis* in this action. Notwithstanding this order, the Court does not direct

1  that service be undertaken until the Court screens the complaint in due course and issues its
2  screening order.
3       Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **July 1, 2020**

UNITED STATES MAGISTRATE JUDGE