# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME IRELAND, JR., <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER EMPLOYEES, <br><br> Defendant. | No. 1:20-cv-00903-NONE-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM <br><br> (Doc. No. 5) |

Jerome Ireland, Jr. ("Plaintiff") filed this action alleging fraud against Discover Employees ("Defendant"). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 2, 2020, the assigned magistrate judge filed a findings and recommendations recommending dismissal of this action for lack of jurisdiction and due to plaintiff's failure to state a claim. The findings and recommendations was served on plaintiff. On July 6, 2020, plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Plaintiff's complaint attempts to assert various claims against "Discover Employees." (Doc. No. 1.) According to plaintiff, those employees are refusing to acknowledge that plaintiff "has been

1

approved for a one hundred billion dollar credit line increase on his Discover card." (*Id*. at 6.) The magistrate judge correctly concluded that plaintiff's complaint does not state a cognizable claim under federal law or credibly allege the pre-requisites of diversity jurisdiction, among other defects. The court likewise agrees with the conclusion reached in the pending findings and recommendations that amendment would be futile. Plaintiff's objections fail to address the identified defects and do not provide any reason for the court to believe that granting leave to amend could possibly result in the curing of those defects.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed July 2, 2020 (Doc. No. 4), are ADOPTED IN FULL;
2. The complaint in this matter is DISMISSED WITHOUT LEAVE TO AMEND for lack of jurisdiction and failure to state a claim;
3. The Clerk of the Court is DIRECTED to reassign this action to a district judge for the purposes of closing this action; and
4. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **July 21, 2020**

_____
UNITED STATES DISTRICT JUDGE